**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: ANGELA RUSSO,　　　　　　　　　Case No. 15-13814-LMI
　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　　　　Debtor.
_____/

### CERTIFICATE OF SERVICE

　　　I HEREBY CERTIFY that on April 8, 2015, a true and correct copy of the Debtor's Notice of Compliance with Requirements for Amending Creditor Information [DE 24 ], the Meeting of Creditors [DE 17] , and was mailed to:

Enterprise Leasing
19300 SW 108th Avenue
Miami, FL 33157

and on April 6, 2015 a true and correct copy of the First Amended Chapter 13 Plan [D.E. 27] was transmitted electronically to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Matthew B Klein on behalf of Creditor Champion Mortgage Company
bankruptcy@millenniumpartners.net

**and mailed to:**

Baxter Credit Union
340 North Milwaukee Ave.
Vermon Hills, IL 60061

Department Stores National Bank
c/o MCCS
Bankruptcy Processing
P.O. Box 8053
Mason, OH 45040

American InfoSource LP as agent for
Tmobile/T-Mobile USA Inc.
P.O. Box 248848
Oklahoma City, OK 73124-8848

Branch Banking & Trust Company,
Bankruptcy Section/ 100-50-01-51
P.O. Box 1847
Wilson, NC 27894

VW Credit, Inc.
P.O. Box 9013
Addison, TX 75001

Enterprise Leasing
19300 SW 108th Avenue
Miami, FL 33157

            Respectfully submitted,

            LEGAL SERVICES OF GREATER
            MIAMI, INC.

            By   /s/ Carolina A. Lombardi
                Carolina A. Lombardi
                Florida Bar No. 241970
                Attorney for Debtor
                3000 Biscayne Boulevard, Suite 500
                Miami, FL 33137
                Telephone: (305) 438-2427
                Fax: (305) 573-5800
                Primary E-Mail: Clombardi@lsgmi.org
                Secondary E-mail: SFreire@lsgmi.org